UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                  Civil Action No.
                                               11-CV-11793

vs.

                                               HON. MARK A. GOLDSMITH

CHARLES E. GRIFFITHS,

        Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING THE GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT

        This matter is presently before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Mona K. Majzoub, issued on June 7, 2012.  The Magistrate Judge recommends that the Government's motion for summary judgment be granted and that judgment be entered in favor of the Government in the amount of $51,288.40, plus interest, costs, and fees, as provided by law.  Defendant has not filed objections to the R&R, and the time to do so has expired.  Therefore, any further right to challenge the recommendations reached by the Magistrate Judge is waived.  Thomas v. Arn, 474 U.S. 140, 155 (1985).  In any event, the Court has reviewed the R&R and finds that the Magistrate Judge has reached the correct result for the correct reasons.

        Accordingly, the Magistrate Judge's R&R of June 7, 2012 (Dkt. 14) is accepted and adopted as the findings and conclusions of the Court, and the Government's motion for summary judgment (Dkt. 9) is granted.  Judgment will be entered accordingly.

        SO ORDERED.

Dated:  June 25, 2012                                    s/Mark A. Goldsmith
        Flint, Michigan                                 MARK A. GOLDSMITH
                                                         United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 25, 2012.

                                                s/Deborah J. Goltz
                                                DEBORAH J. GOLTZ
                                                Case Manager